CUNNINGHAM CONSTRUCTION COMPANY *v.* MORGAN.

[No. 12,921. Filed May 20, 1927. Rehearing denied October 6, 1927.]

MASTER AND SERVANT.—*Decision of Industrial Board as to willful misconduct of injured employee binding on Appellate Court.* —In a proceeding by an injured employee for compensation, where the employer, by special answer, questioned claimant's right to an award because of his wilful misconduct and raised no other issue, the decision of the Industrial Board is binding on the Appellate Court if there was evidence to sustain the award.

From Industrial Board of Indiana.

Application by H. R. Morgan for compensation under the Workmen's Compensation Act, opposed by the Cunningham Construction Company, employer. From an award for claimant, the employer appeals. *Affirmed.* By the court in banc.

*Joseph W. Hutchinson,* for appellant.
*Q. Austin East,* for appellee.

REMY, J.—Appellee, having received an injury while in the employment of appellant, filed with the Industrial Board his application for compensation. Contending that appellee was not entitled to compensation because of wilful misconduct, within §8 of the Compensation Act (Acts 1919 p. 158, §9453 Burns 1926), appellant presented the issue by a special answer. No other issue being presented, a hearing resulted in an award for appellee, from which this appeal is prosecuted.

The question was one of fact for the Industrial Board. There is competent evidence to sustain the award.

Affirmed.

Dausman, J., absent.